■ Iqbal Singh, Appellant, v John Karle et al., Respondents. [662 NYS2d 282] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Siragusa, J. (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Breach of Contract.) Present—Denman, P. J., Pine, Doerr, Balio and Boehm, JJ.

■ The People of the State of New York, Respondent, v Marcus Smith, Appellant. [662 NYS2d 410] —Judgment unanimously affirmed. Memorandum: Defendant's contention that County Court erred in failing to instruct the jury on circumstantial evidence is not preserved for our review (*see*, CPL 470.05 [2]; *People v Hall*, 181 AD2d 791, *lv denied* 79 NY2d 1049), and we decline to exercise our power to address it as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). The evidence, viewed in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), is legally sufficient to support the conviction (*see, People v Rossey*, 89 NY2d 970, 971). We reject the contentions in defendant's *pro se* supplemental brief that the testimony of a prosecution witness regarding defendant's admissions "was 'so unworthy of belief as to be incredible as a matter of law'" (*People v Wright*, 214 AD2d 759, 762, *lv denied* 86 NY2d 805, quoting *People v Carthrens*, 171 AD2d 387, 392) and that the verdict is contrary to the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Monroe County Court, Smith, J.—Murder, 2nd Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Fallon, JJ.